

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 20, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                                           Case No. 23-32132-SWE-13
LATASHA NICOLE CALDWELL
    Debtor

**Order Dismissing Chapter 13 Case Pursuant to General Order 2021-05**
**Without Prejudice**

On representation of the Standing Chapter 13 Trustee that the Debtor who were heretofore subject to an Interlocutory Order of the Court, have subsequently missed a plan payment without explanation acceptable to the Trustee, and/or failed to comply with the conditions of such Interlocutory Order;

   It is therefore **ORDERED** that the above proceeding be, and hereby is in all things **DISMISSED**, **WITHOUT PREJUDICE**;

   It is **FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. 1326 (A) (2), or applicable Standing Orders, and file the Trustee's Final Report and Account; and

Order Dismissing Chapter 13 Case Pursuant to General Order 2021-05, Page 2
23-32132-SWE-13
LATASHA NICOLE CALDWELL

It is **FURTHER ORDERED** that the remaining balances of all debts due and owing creditors as of this date are not discharged or affected in any manner by this order.

It is **FURTHER ORDERED** that the above styled and numbered case will be closed twenty one days after the entry of this order provided that it is a single debtor case or a joint debtor case and both debtors are dismissed.

### End of Order ###

Signed:    /s/ Thomas D. Powers
_____
Thomas D. Powers, Trustee
State Bar # 16218700
Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0757  (Fax)